Brian J. Wagner (SBN 239981)
Jennifer L. Andrews (SBN 222807)
brian.wagner@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants,
REAL TIME RESOLUTIONS, INC. and RRA CP OPPORTUNITY TRUST 2

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO ALPHONSO AND ANGELINA A. GUIEB-ALPHONSO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>REAL TIME RESOLUTIONS, INC.; RRA CP OPPORTUNITY TRUST 2; MTC FINANCIAL INC. dba TRUSTEE CORPS; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01488-JSC<br><br>[Superior Court of the State of California Contra Costa County, Case No. C23-00602]<br><br>Assigned to District Court Judge:<br>Hon. Jacqueline Scott Corley<br><br>**DEFENDANTS' REAL TIME RESOLUTIONS, INC. AND RRA CP OPPORTUNITY TRUST 2'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Defendants Real Time Resolutions, Inc. and RRA CP Opportunity Trust 2, by and through their undersigned counsel and pursuant to Civil L.R. 3-15, certify that as of this date, the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 1 -　　　　　　　　CASE NO.: 3:23-cv-01488-JSC

CERTIFICATION OF INTERESTED PARTIES

4875-6945-0087.1

1  Real Time Resolutions, Inc.: Defendant

2  Real Time Group, Inc.: Real Time Resolutions, Inc. is wholly owned by Real Time Group, Inc.

3  RRA CP Opportunity Trust 2: Defendant statutory trust.

Dated: May 31, 2023                    KUTAK ROCK LLP

By:  */s/ Brian J. Wagner*
     Brian J. Wagner
     Attorney for Defendants
     REAL TIME RESOLUTIONS, INC. and
     RRA CP OPPORTUNITY TRUST 2

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -     CASE NO.: 3:23-cv-01488-JSC

CERTIFICATION OF INTERESTED PARTIES

4875-6945-0087.1